# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

**MEMO ENDORSED**

September 12, 2022

**Via ECF:**
The Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: **Farez, et al. v. JGR Services, Inc., et al**
**Civil Docket No.: 21-cv-8205-KMK**

Dear Judge Karas:

We represent Plaintiffs in the above referenced matter and we submit this letter motion jointly with Defendants to respectfully request an adjournment of the September 14, 2022 Case Management Conference.

We make this request following an e-mail from Your Honor's chambers asking if the parties would prefer the conference be rescheduled for a date after the parties' second mediation session scheduled for October 14, 2022. The parties have conferred and believe that is prudent to reschedule the conference after the aforementioned mediation date and as such, make the instant request.

This is the parties' first request for an adjournment of the Case Management Conference and this request will not affect any other dates or deadlines.

We thank the Court for its kind consideration on this matter and we remain available to provide any additional information.

Respectfully submitted,

/s/James O'Donnell
James O'Donnell, Esq.

Granted. The Court will hold a teleconference on October 27, 2022 at 10:30 AM

SO ORDERED
KENNETH M. KARAS U.S.D.J.
9/12/2022