

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

September 26, 2024

**Via ECF:**
The Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601

**MEMO ENDORSED**

Re:   *Farez et al v. JGR Services, Inc. et al.*
      **Civil Docket No.: 7:21-cv-08205-KMK**

Dear Judge Karas:

Our office represents the five (5) Plaintiffs in this FLSA matter, and we respectfully submit this motion to approve/consent the Plaintiffs' Motion to Enforce Judgment filed on August 29, 2024. *See* Dkt. No. 29.

On August 30, 2024, the Court issued an Order directing Defendants to respond to Plaintiff's application by September 13, 2024. To date, the Defendants have failed to do so. Further, Defendants have neither cured their default payments nor contacted us regarding this matter.

In light of the above, we respectfully request that the Court approve Plaintiffs' Motion to Enforce Judgment.

We thank the Court for its consideration, and we remain available to provide any necessary information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.

SO ORDERED.

The Clerk of Court is requested to terminate the pending Motions at Dkt. Nos. 29 and 31.

10/1/24

CC via ecf:

CC:  (counsel of record via ECF)

**Hector M Roman, Jr**
Law Office of Hector M. Roman, P.C.
108-14 Jamaica Avenue
Richmond Hill, NY 11418
718-533-8444
718-732-2151 (fax)
hroman@roman-law.org
*ATTORNEYS FOR THE DEFENDANTS*